# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

ARIEL VARELA

V.

U.S. DEPARTMENT OF HOMELAND
SECURITY, F. LAWRENCE

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   10cv774-WQH(JMA)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Petition is dismissed without prejudice. The Clerk of the Court shall close this case..........
..............................................................................................................................................................

| June 14, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON June 14, 2010 |